## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND  20770**
**301-344-0632**

### MEMORANDUM

TO:          David Salem, Esquire
               United States Attorney's Office
               District of Maryland, Southern Division
               6406 Ivy Lane, Suite 800
               Greenbelt, MD 20770

               U.S. Probation Officer Corrin Rudey
               United States Probation & Parole Office
               7855 Walker Drive, Suite 600
               Greenbelt, MD 20770

FROM:     Judge Peter J. Messitte

RE:          United States v. Thomas L. Hallock
               Criminal No. 09-49-PJM-4

DATE:       August 18, 2016

* * *

On July 17, 2016, the Court received Correspondence from Virginia C. Hallock, former wife of the Defendant in this case. ECF No. 117.  Ms. Hallock asks that the Court order the Government to remove a lien on certain real estate property in Catharpin, Virginia.

Please review the Correspondence, ECF No. 117, and provide comments to the Court within twenty (20) days of this Memorandum.

                                               /s/
                              PETER J. MESSITTE
                        UNITED STATES DISTRICT JUDGE

cc: Court File