UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:   AUSA David I. Salem
      Office of the United States Attorney
      6500 Cherrywood Lane Ste. 400
      Greenbelt, MD 20770

      Virginia C. Hallock
      11916 Bluebird Lane
      Catharpin, VA 20143

FROM: Judge Peter J. Messitte

RE:   Lien on 11916 Bluebird Lane, Catharpin, VA 20143
      *United States v. Thomas L. Hallock*
      Crim. No. PJM 09-049

DATE: October 14, 2016

****

The Court has received a letter from Ms. Hallock (copy attached) asking for reconsideration of the Court's decision, by letter dated September 19, 2016, not to take action to remove the lien that the Government presently holds on the property at 11916 Bluebird Lane, Catharpin, VA 20143.

The Court directs the U.S. Attorney's office to state its position relative to Ms. Hallock's request by open response in writing, so that Ms. Hallock can know precisely what position the Government is taking, why the Government intends to pursue the lien (if it does), and whether the Court has any authority to remove the lien and, if so, under what circumstances.

The Government shall file its response within 30 days.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:   Ms. Virginia C. Hallock
      Court File